

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Deborah Jean Braniff v. Richard James Braniff

Appellate case number:   01-11-00174-CV; 01-11-00175-CV

Trial court case number: 2002-51181; 2010-70029

Trial court:             308th District Court of Harris County

These cases involve appeals from a judgment signed on March 8, 2011. Appellant timely filed her notice of appeal on March 2, 2011. *See* TEX. R. APP. P. 26.1, 27.1(a). The record was due on May 9, 2011. *See* TEX. R. APP. P. 4.1(a), 35.1. The clerk's record has been filed in both cause numbers. The reporter's record has not been filed.

On July 13, 2012, the Clerk notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not made arrangements to pay for the reporter's record. The Clerk further notified appellant that unless she provided proof of payment for preparation of the reporter's record, proof of having made payment arrangements for the reporter's record, or a response showing that she was exempt from paying for the reporter's record by July 23, 2012, the Court might consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant has not provided the Court with evidence showing that she has paid or made arrangements to pay the court reporter. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.*

Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ Jim Sharp, Jr.
                    ☑ Acting individually    ☐ Acting for the Court

Date: August 6, 2012